# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00411-CR
## NO. 03-21-00412-CR

**Joseph Albert Borgas, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 20TH DISTRICT COURT OF MILAM COUNTY
### NOS. CR27,490 & CR27,544
### THE HONORABLE JOHN YOUNGBLOOD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Joseph Albert Borgas seeks to appeal his judgments of conviction for assault-family violence and repeated violation of a protective order. *See* Tex. Penal Code §§ 22.01, 25.072. The trial court has certified that (1) these are plea-bargain cases and Borgas has no right of appeal, and (2) Borgas has waived the right of appeal. Accordingly, we dismiss these appeals for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Kelly and Smith

Dismissed for Want of Jurisdiction

Filed: April 19, 2022

Do Not Publish